

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00377-CV

**RODOLFO LUNE, SR.,**

               **Appellant**

**v.**

**DARLA WOMACK CAPEHART,**

               **Appellee**

### From the 13th District Court
### Navarro County, Texas
### Trial Court No. D15-24244-CV

## O R D E R

This appeal was dismissed on January 10, 2018 for appellant's failure to file a docketing statement. *See* TEX. R. APP. P. 42.3(c). Appellant filed his docketing statement on January 11, 2018 and requested that this Court reinstate his appeal. Appellee has asserted that although she does not agree to the motion, appellant's motion is unopposed by appellee.

Accordingly, appellant's Motion to Reinstate Appeal is granted. The Court's opinion and judgment dated January 10, 2018 are withdrawn, and the appeal is

reinstated.

Appellant's brief remains due on February 5, 2018.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion Granted
Order issued and filed January 24, 2018

